IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

MIDAMERICA, INC.                                                                                        PLAINTIFF

v.                                              Case No. 4:19-cv-4096

BIERLEIN COMPANIES, INC.                                                                       DEFENDANT

**ORDER**

Before the Court is Entergy Arkansas, LLC's ("Entergy") Notice by Non-Party Entergy Arkansas, LLC Regarding the Withdrawal of its Motion to Modify Subpoena Served by MidAmerica, Inc. (ECF No. 27). The Court finds that no response is necessary and that this matter is ripe for consideration.

Plaintiff served Entergy with a subpoena on April 27, 2020, requesting that Entergy produce certain documents by May 6, 2020. On May 5, 2020, Entergy filed its Motion to Modify Subpoena, moving the Court to extend its deadline to comply with the subpoena to June 3, 2020. On May 8, 2020, Entergy filed the instant notice indicating that Plaintiff has agreed to modify the subpoena and allow Entergy through June 3, 2020 to produce the requested documents. Consequently, Entergy seeks to withdraw its Motion to Modify Subpoena.

To the extent the instant notice (ECF No. 27) is a motion seeking relief, the Court finds that it should be and hereby is **GRANTED**. Accordingly, Entergy's Motion to Modify Subpoena (ECF No. 25) is hereby **WITHDRAWN**.

**IT IS SO ORDERED**, this 13th day of May, 2020.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge