IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

MIDAMERICA, INC.                                                                                              PLAINTIFF

v.                                            Case No. 4:19-cv-4096

BIERLEIN COMPANIES, INC.                                                                        DEFENDANT

**ORDER**

Before the Court is Entergy Arkansas, LLC's ("Entergy") Agreed Motion for Protective Order. (ECF No. 29). The Court finds that no response is necessary and that this matter is ripe for consideration.

Entergy states that it has been served with subpoenas from both parties to this litigation. Entergy further states that responding to those subpoenas will require production of confidential documents. Consequently, Entergy and counsel for both parties have reached an agreement on a protective order. Entergy now moves the Court to approve and enter the stipulated protective order, which is attached as an exhibit to the instant motion. (ECF 29-1).

Upon consideration, Court finds that the instant motion (ECF No. 29) should be and hereby is **GRANTED**. The Court will separately sign and file Entergy and the parties' stipulated protective order.

**IT IS SO ORDERED**, this 4th day of June, 2020.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge