IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

MIDAMERICA, INC.                                                                                          PLAINTIFF

v.                                        Case No. 4:19-cv-04096

BIERLEIN COMPANIES, INC.                                                                       DEFENDANT

## ORDER

This matter is currently set for trial on October 26, 2020. However, because the continued outbreak of the Coronavirus Disease 2019 (COVID-19) poses a severe risk to the parties, the attorneys, the witnesses, the jurors, the public, the court staff, and other court agencies, the Court finds that a continuance is necessary. Accordingly, the jury trial set for the week of October 26, 2020, is cancelled, and the trial is continued until the week of February 21, 2021, at 9:00 a.m. Any deadline in the final scheduling order (ECF No. 16) that has not yet passed should be adjusted accordingly.

**IT IS SO ORDERED**, this 9th day of October, 2020.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge