IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

MIDAMERICA, INC.                                                                                              PLAINTIFF

v.                                            Case No. 4:19-cv-4096

BIERLEIN COMPANIES, INC.                                                                          DEFENDANT

## ORDER

Before the Court is the parties' Stipulation of Voluntary Dismissal.  ECF No. 69.  The parties ask the Court to dismiss this case without prejudice and without costs or disbursements being assessed against either party.

An action may be dismissed by "a stipulation of dismissal signed by all parties who have appeared."  Fed. R. Civ. P. 41(a)(1)(A)(ii).  "Caselaw concerning stipulated dismissals under Rule 41(a)(1)(A)(ii) is clear that the entry of such a stipulation of dismissal is effective automatically and does not require judicial approval."  *Gardiner v. A.H. Robins Co.*, 747 F.2d 1180, 1189 (8th Cir. 1984).  Thus, Plaintiff's claims against Defendant were effectively dismissed when the parties filed the instant stipulation.  However, this order issues for the purpose of maintaining the Court's docket.

This case is hereby **DISMISSED WITHOUT PREJUDICE**.  If any party desires that the terms of any settlement be a part of the record therein, those terms should be reduced to writing and filed with the Court within thirty (30) days of this order.  The Court retains jurisdiction to vacate this order upon cause shown that such a settlement has not been completed and further litigation is necessary.

**IT IS SO ORDERED**, this 10th day of November, 2021.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge